UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARY JOAN BELLOT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY, )<br>)<br>Defendant. ) | Case No. 1:13-cv-01448-SLD-JEH |

## ORDER

Before the Court is the parties' joint Stipulation to Remand, ECF No. 15. In this Stipulation, the parties request the Court to reverse the decision of the Commissioner of Social Security and remand the case pursuant to sentence four of 42 U.S.C. § 405(g).

The Court finds it appropriate that the Stipulation to Remand be GRANTED. Accordingly, the Commissioner's decision in this matter is REVERSED, and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the claimant shall be given the opportunity to submit additional evidence and to have a hearing; the Administrative Law Judge shall proceed through the sequential disability analysis, as warranted. Plaintiff's Motion for Summary Judgment, ECF No. 10, is MOOT. The Clerk is directed to enter Judgment in favor of Plaintiff and against Defendant.

Entered this 29th day of April, 2014.

s/ Sara Darrow
SARA DARROW
UNITED STATES DISTRICT JUDGE